1  Edward C. Casey Jr.   CSB: 123702
   Law Offices of Edward C. Casey, Jr.
2  300 Frank H. Ogawa Plaza, Suite 370
   Oakland, California 94612
3  Telephone: 510.251.2300

4  Attorneys for Plaintiff
   EMILE MUNSON
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILE MUNSON, | Case No. C-10-03257 RS |
| Plaintiff, | |
| v. | STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT NAMING "ISOAC NAVIGATION No 2 S.A." AS DEFENDANT |
| ZODIAC MARITIME AGENCIES LTD. and DOES 1 to 20, | |
| Defendants. | |

    1. Whereas this case was filed on February 16, 2010 in Contra Costa Superior Court in Pro Per;

    2. Whereas the Law Offices of Edward C. Casey Jr. substituted into the case as plaintiff's counsel on or about June 29, 2010 and thereafter promptly served defendants with the summons and complaint;

    3. Whereas defendants removed the case to this court on or about July 27, 2010;

    2. Whereas the complaint alleges the Defendants were negligent in the ownership, operation, and management of their cargo ship known as "Hyundai No. 109" such that a loud

siren or horn was allowed to sound while plaintiff was working in the hold of the ship, thereby causing plaintiff to suffer permanent hearing loss;

    3. Whereas at the time of the filing of the complaint plaintiff was not aware of the identity of the owner of the subject vessel;

    4. Whereas by responses to written discovery served on plaintiff by defendant Zodiac Maritime Agencies, Ltd on or about January 10, 2011, defendants confirmed that the owner of the vessel is "ISOAC Navigation No. 2 S.A."; and

    5. Plaintiff does not believe prejudice is suffered by the new parties to this action by amending the complaint to name ISOAC Navigation No. 2 S.A. as a defendant at this time.

Therefore the parties stipulate and agree that plaintiff be allowed to amend the complaint to name "ISOAC Navigation No. 2 S.A." as an additional defendant in the subject action.

IT IS SO STIPULATED:

                                            LAW OFFICES OF EDWARD C. CASEY JR.

Dated: February 3, 2011               _____/S/_____
                                            By:  Edward C. Casey Jr.
                                            Attorneys for Plaintiff Emile Munson


                                            COGSWELL, NAKAZAWA & CHANG LLP

Dated: February 3, 2011               _____/S/_____
                                            By: Forrest Cogswell, Esq.
                                            Attorneys for the defendant Zodiac Maritime
                                            Agencies Ltd.

**ORDER ON STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT NAMING ISOAC NAVIGATION NO. 2 S.A. AS DEFENDANT**

This Stipulation of the parties having been read and considered and good cause appearing,

IT IS HEREBY ORDERED that plaintiff may amend the complaint to name ISOAC Navigation No. 2 S.A. as a defendant in the subject action. The amended complaint is to be filed on or before __March 4, 2011__. Plaintiff is to serve the newly named defendant with a summons and the amended complaint forthwith.

Dated:   2/10/11

_____
Honorable Richard Seeborg
Judge of the Unites States District Court