*E-Filed 4/1/11*

1 | Edward C. Casey Jr.   CSB: 123702
2 | Law Offices of Edward C. Casey, Jr.
  | 300 Frank H. Ogawa Plaza, Suite 370
3 | Oakland, California 94612
  | Telephone: 510.251.2300
4 |
5 | Attorneys for Plaintiff
  | EMILE MUNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EMILE MUNSON,                          ) Case No. C-10-03257 RS
|                                        )
|         Plaintiff,                     )
|                                        ) STIPULATION AND [proposed] ORDER TO
|     v.                                 ) CONTINUE CASE MANAGEMENT
|                                        ) CONFERENCE
|                                        )
| ZODIAC MARITIME AGENCIES                )
| LTD., ISOAC NAVIGATION                  )
| NO. 2 S.A., and Does 2 to 20,           )
|                                        ) Date: April 7, 2011
|         Defendants.                    ) Time: 10:00 a.m.
|                                        )
| _____)

The parties hereby stipulate as follows:

1. Whereas plaintiff filed an First Amended Complaint for Damages on February 23, 2011;

2. Whereas the newly named defendant ISOAC Navigation No. 2 SA has filed a Motion to Dismiss the first amended complaint and that motion is set for hearing on May 12, 2011 at 1:30 p.m. in Courtroom 3;

1

Stipulation and Order Continuing Case Management Conference

1    3. Whereas a Case Management Conference is currently scheduled for April 7, 2011 at 10:00 a.m.;

4. Whereas it would appear to be judicially economical to have the Case Management Conference conducted after the court rules on defendant ISOAC's Motion to Dismiss;

THE PARTIES HEREBY STIPULATE AND AGREE to continued the Case Management Conference from April 7, 2011 at 10:00 a.m. to May 12, 2011 at 1:30 p.m.

IT IS SO STIPULATED.

LAW OFFICES OF EDWARD C. CASEY JR.

Dated: April 1, 2011  _____/S/_____
Edward C. Casey Jr.
Attorneys for the Plaintiff

_____COGSWELL, NAKAZAWA & CHANG LL;

Dated: April 1, 2011  _____/S/_____
By: Forrest R. Cogswell
Attorneys for Defendant
Zodiac Maritime Agencies, Ltd.

**ORDER**

Pursuant to the above stipulation, the Case Management Conference currently scheduled for April 7, 2011 at 10:00 a.m. in Courtroom 3 is hereby continued to May 12, 2011 at 1:30 p.m. in Courtroom 3.

IT IS SO ORDERED.

Dated: April   1   , 2011   _____
                              Honorable Richard Seeborg
                              United States District Judge