*E-Filed 4/21/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILE MUNSON,<br><br>   Plaintiff,<br><br> vs.<br><br>ZODIAC MARITIME AGENCIES LTD. and Does 1 to 20,<br><br>   Defendants. | CASE NO.: 3:10-cv-03257-RS<br><br>(~~PROPOSED~~) ORDER CONTINUING HEARING OF MOTION TO DISMISS<br><br>Date: May 12, 2011<br>Time: 1:30 p.m.<br>Place: San Francisco Courthouse,<br>   Courtroom 3 - 17th Floor |

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the hearing on Defendant ISOAC Navigation (No. 2) S.A.'s motion to dismiss, presently set for May 12, 2011 at 1:30 p.m., is continued to __June 16__, 2011 at _1:30 p.m._.

Dated: April 21, 2011          _____
                          United States District Judge