*E-Filed 5/11/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILE MUNSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ZODIAC MARITIME AGENCIES LTD. and Does 1 to 20,<br><br>　　　　Defendants. | CASE NO.: 3:10-cv-03257-RS<br><br>[~~PROPOSED~~] ORDER TO DISMISS ACTION WITH PREJUDICE<br><br>Date: June 16, 2011<br>Time: 1:30 p.m.<br>Place: San Francisco Courthouse,<br>　　　Courtroom 3 - 17th Floor |

　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed, with prejudice, each party to bear its own costs.

　　　IT IS SO ORDERED.

Dated: May _11_, 2011　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　United States District Judge